No. 144. Dodd v. Aetna Life Insurance Co. November 22, 1939. Motion for leave to file a second petition for rehearing denied.

No. 157. Weber v. United States. November 22, 1939.

No. 360. Coltman v. Colgate-Palmolive-Peet Co. November 22, 1939.

No. 369. Sig Ellingson & Co. v. Mason City Production Credit Association. November 22, 1939.

Nos. 15 and 16. Boteler, Trustee, v. Ingels, Director of Motor Vehicles of California, et al. See ante, p. 521.

Nos. 23 and 24. Case et al. v. Los Angeles Lumber Products Co. December 4, 1939.

No. 31. Texas Electric Railway Co. v. Eastus, U. S. Attorney, et al. December 4, 1939.

No. 34. Estate of Sanford v. Commissioner of Internal Revenue. December 4, 1939.

No. 234. Wharton et al. v. Shenandoah Publishing House et al. December 4, 1939.

No. 353. Milk Wagon Drivers Union et al. v. Meadowmoor Dairies, Inc. December 4, 1939.